TRULINCS 58055112 - GOYER, PASCAL - Unit: LOS-E-S

FILED
CLERK, U.S. DISTRICT COURT
APR 24 2015
CENTRAL DISTRICT OF CALIFORNIA
BY DEPUTY

---

FROM: 58055112
TO:
SUBJECT: Declaration of Pascal Goyer
DATE: 04/21/2015 05:51:40 PM

I Pascal Goyer, Pro Se Defendant in Case No. CR-12-917-RGK, hereby declare under penalty of perjury that the following account is true and correct to the best of my knowledge.

On October 24, 2012 I went to the Mexican immigration office in Guadalajara, Mexico to finalize the paperwork and have my picture taken for my FM3 because they (Mexican Immigration) called me to tell me that I had been approved for a work permit.

After waiting for several hours at the Mexican Immigration office a gentleman by the name of Mr. Aleman from I.N.A.M.I. (Mexican Immigration) called me into his office. Mr. Aleman then began to question me, inquiring if I had a criminal record or if I was a fugitive. I stated that I did not have a criminal record and was not a fugitive. I expressed my surprise at his line of questioning as I was in the final process of getting my FM3 and I had already passed a criminal history search which is part of the screening process.

Mr. Aleman than stated that it seemed odd that over the past year I had travelled in and out of the country numerous times. I explained I had been visiting friends and family in Canada. Mr. Aleman also stated that he was surprised because he had received a request to have me deported and that I was now considered an undesirable due to my alleged criminal record.

Upon hearing this I immediately asked to speak to someone at the Canadian Consulate. After about an hour I was permitted to speak to a woman from the Consulate who informed me that I was being deported back to Vancouver, British Columbia, to face pending charges in Canada. By this time it was late afternoon and Mr. Aleman informed me that I was going to be detained at the immigration office until my deportation back to Canada.

The following morning, October 25, 2012 , Mr. Aleman arrived with 3 armed Mexican Government agents who handcuffed me and placed me in a white van and then transported me to Guadalajara International Airport. Upon arriving I was placed in an office under guard by the 3 armed Mexican agents.

Approximately an hour later 2 American men came into the office and identified themselves as FBI agents. The supposed agents informed me that I was no longer going to Canada. Instead they were taking me to Los Angeles, CA to face charges of fraud.

I immediately protested this change in my travel plans and asked to speak to the Canadian Consulate and an attorney. Both of my requests were denied, as well as further requests to see identification from these Americans identifying them as FBI. I also requested to see a warrant or other legal document related to my detainment and the only paperwork I was presented with was an indictment for Wire Fraud.

After continued protest to the situation "the FBI" agents told me that I was going to get on the plane to LA and that I could do it the easy was or the hard way. After receiving these threats of implied violence and fearing for my personal safety I did not resist as I was forced to board the plane still in handcuffs by the 5 armed agents. I was then seated in the back of the plane between the 2 "FBI agents".

Upon arriving in Los Angeles, I was immediately brought to the Metropolitan Detention Center where I have been held until this day.

Dated: April 14, 2015

Respectfully submitted,

Pascal Goyer, In Pro Se