TRULINCS 58055112 - GOYER, PASCAL - Unit: LOS-E-S

---

FILED
CLERK, U.S. DISTRICT COURT
APR 24 2015
CENTRAL DISTRICT OF CALIFORNIA
BY DEPUTY

FROM: 58055112
TO:
SUBJECT: Declaration of Pascal Goyer
DATE: 04/21/2015 07:09:35 PM

Your Honor: Judge R. Gary Klausner

I Pascal Goyer, Pro Se counsel in case No. CR-12-917-RGK, declare under penalty of perjury that the following is true and correct to the best of my knowledge:

On Tuesday April 21, 2015,
I was instructed by Metropolitan Detention Center, Los Angeles staff to pack my belongings for transfer to my designated facility, Raybrooke NY, FCI.

Upon being informed I notified staff that despite not having a set court date that I still had two pending motions to be heard in the District Court and that I am a Pro-Se defendant in Case No. CR 12-917-RGK and that I would need to be present at these as yet unscheduled hearings.

Staff said that was not their concern and I needed to pack my belongings as instructed.

As your Honor surely remembers this scenario has played out once and an order was given to keep me here.
I want to make sure the record reflects this additional attempt to obstruct defendants Constitutional right to due process in this proceeding.

April 21, 2015

Respectfully submitted,

[signature]
Pascal Goyer, In Pro Se

witness:
Ronald G. Bayagian
Attorney in Pro se
Case NO. 09-933-CAS
Reg. No. 33900-112